

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00093-CV

| | | |
|---|---|---|
| IN THE INTEREST OF K.J., A CHILD | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-741048-23) |
| | § | June 5, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Order of Termination." It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr